## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 10, 2016

_____

### NOTICE
_____

No. 16-1065,   <u>Cricket Store 17, L.L.C. v. City of Columbia</u>
             3:13-cv-03557-TLW

TO: Counsel and Parties

The parties are advised the motion to consolidate this case with case no. 14-2091 is considered moot pursuant to the court's order filed in case no. 14-2091 today, dismissing that particular appeal as moot. The due date for the requested response related to the motion to consolidate the cases is terminated.


Amy L. Carlheim, Deputy Clerk
804-916-2702